UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:                                )
                                      )   CASE NO. 14-03266
LEONARD QUINZELL McRAE,               )   CHAPTER 13
                                      )
                                      )
_____Debtor._____)

## CHAPTER 13 PLAN

The Debtor submits the following Chapter 13 Plan:

1. The future earnings of the Debtor are submitted to the control and supervision of the Trustee, and the Debtor shall pay to the Trustee the sum of **$848.56** in months one through fifteen (1-15) and **$855.29** in months sixteen through sixty (16-60) for a period of sixty (60) months.

2. From the payments so received, the Trustee shall make disbursements as follows:

   A. **PRIORITY CLAIMS**

   (1) The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate of ten percent (10%) of the amount of all payments under the Plan.

   (2) **LANSING ROY, P.A.** is owed the sum of $1,500.00 for representing the Debtor in a mortgage mediation. The Trustee shall pay this Creditor the sum of $1,500.00 with monthly payments in the amount of **$100.00** in months one through fifteen (1-15). In addition, the Trustee shall pay this Creditor an administrative fee of **$25.00** per month, beginning in month sixteen (16) through the conclusion of the Plan.

   B. **SECURED CLAIMS**

   (1) **BAYVIEW LOAN SERVICING** 62516 Collection Center Dr., Chicago IL 60693, holds a first mortgage, Acct No. 7454, on Debtor's homestead property located at 10829 Naples Ct S, Jacksonville, Florida. The Debtor intends to apply this mortgage to the modification mediation program. The Trustee shall make a monthly mortgage payment of **$539.81**, which represents 31% of the Debtor's gross monthly income. The Debtor is in arrears to this creditor which will be resolved through

1

the mediation. The Plan proposes a modified payment to the Creditor. Sixty (60) days following the filing of the Mediator's report, the Debtor shall either modify to pay this claim as filed, modify to pay the modified mortgage payment (if different than what is being paid under the Plan), or modify to surrender the property. If the Debtor does not move to modify the Plan within 60 days, the Creditor may request relief from the automatic stay under the local rules procedure using negative notice.

(2) **WELLS FARGO DEALER SERVICES,** Attn: Correspondence, MAC T9017-026, PO BOX 168048, Irving TX 75016, has a purchase money security interest, Acct No. 9566, in a 2007 Ford Focus valued by the Debtors at $6,525.00. The Trustee shall pay this Creditor the sum of $6,525.00 at the rate of five and one-quarter percent (5¼ %) per annum simple interest with level monthly payments in the amount of **$123.89** over the life of the Plan for a total payment of $7,433.40.

C. **UNSECURED CLAIMS**

Any claims filed after the deadline for filing proofs of claim shall receive no distribution under this Plan unless specifically provided for above. Unsecured creditors, including those secured creditors who have deficiency claims or whose liens have been voided, who timely file claims shall receive distribution pro-rata, excluding non-dischargeable student loans. The Trustee shall distribute **$81.06** in months sixteen through sixty (16-60) among those unsecured creditors whose claims are filed and allowed for a total payment of $3,647.70, excluding any federal income tax refunds retained by the Trustee.

3. **EXECUTORY CONTRACTS**. The Debtor does not reject any executory contracts.

4. **VESTING**. Title to all property of the estate shall revest in the Debtor upon confirmation of this Plan.

5. **RETENTION OF LIEN**. Secured creditors shall retain their liens until the allowed secured claim is paid in full.

6. **LATE FEES, ATTORNEYS' FEES, INTEREST & COSTS**. No creditor shall be entitled to any late fees, attorney's fees, other costs or interest other than the interest contained in the payments provided for by the plan during this bankruptcy, including the life of this Plan, except as

ordered by this Court. Upon successful completion of this Plan, the Debtor's mortgage balance shall be deemed current as a matter of law.

7. **INSURANCE**. Debtor shall keep the collateral which secures any debt paid under this Plan insured as provided for in the agreement between the Debtor and Creditor.

DATED this 16th day of July 2014.

LANSING ROY, P.A.

/s/ Christopher R. DeMetros
**Christopher R. DeMetros, Esquire**
Florida Bar No. 0863467
**Kevin B. Paysinger, Esquire**
Florida Bar No. 0056742
**William B. McDaniel, Esquire**
Florida Bar No. 084469
Attorney for Debtor(s)
1710 Shadowood Ln, Ste 210
Jacksonville, FL 32207-2184
court@lansingroy.com
Telephone: (904) 391-0030
Facsimile:  (904) 391-0031

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Chapter 13 Plan was furnished to all creditors and parties in interest per the attached mailing matrix on the 16th day of July 2014 by United States Mail or by electronic notification.

LANSING ROY, P.A.

/s/ Christopher R. DeMetros
**Christopher R. DeMetros, Esquire**
Florida Bar No. 0863467
**Kevin B. Paysinger, Esquire**
Florida Bar No. 0056742
**William B. McDaniel, Esquire**
Florida Bar No. 084469
Attorney for Debtor(s)
1710 Shadowood Ln, Ste 210
Jacksonville, FL 32207-2184
court@lansingroy.com
Telephone: (904) 391-0030
Facsimile:  (904) 391-0031

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:14-bk-03266-JAF<br>Middle District of Florida<br>Jacksonville<br>Wed Jul 16 19:10:45 EDT 2014 | Leonard Quinzell McRae<br>10829 Naples Ct S<br>Jacksonville, FL 32218-4494 | BAYVIEW LOAN SERVICING<br>62516 COLLECTION CENTER DRIVE<br>Chicago IL 60693-0625 |
| CAPITAL ONE BANK - CC<br>PO BOX 1366<br>Pittsburgh PA 15230-1366 | (p)CAVALRY PORTFOLIO SERVICES LLC<br>500 SUMMIT LAKE DR<br>STE 400<br>VALHALLA NY 10595-2322 | CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | City of Jacksonville<br>117 West Duval Street Ste. 480<br>Jacksonville, FL 32202-5721 | Duval County Tax Collector<br>231 Forsyth St. #130<br>Jacksonville FL 32202-3380 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | GREAT EXPRESSIONS DENTAL CTRS<br>9119 MERRILL RD, STE 29 & 30<br>JACKSONVILLE FL 32225-4306 | HSBC BANK USA N.A.<br>PO BOX 2013<br>Buffalo NY 14240-2013 |
| IC SYSTEM<br>FOR GREAT EXPRESSIONS DENTAL<br>PO BOX 64378<br>Saint Paul MN 55164-0378 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | MIDLAND FUNDING, LLC<br>FOR HSBC BANK<br>8875 AERO DR, STE 200<br>SAN DIEGO CA 92123-2255 |
| SALLIE MAE<br>PO BOX 9640<br>Wilkes Barre PA 18773-9640 | TSYS DEBT MGMT (TDM)<br>CAPITAL ONE BANK<br>6125 LAKEVIEW RD STE 800<br>Charlotte NC 28269-2605 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 |
| WELLS FARGO DEALER SERVICES<br>ATTN: CORRESPONDENCE<br>MAC T9017-026<br>PO BOX 168048<br>Irving TX 75016-8048 | Christopher R DeMetros +<br>Lansing Roy, PA<br>1710 Shadowood Lane, Suite 210<br>Jacksonville, FL 32207-2184 | United States Trustee - JAX 13/7 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Douglas W. Neway +<br>P O Box 4308<br>Jacksonville, FL 32201-4308 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CAVALRY PORTFOLIO
FOR HSBC BANK
4050 E COTTON CENTER BLVD
Phoenix AZ 85040

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jerry A. Funk
Jacksonville

End of Label Matrix
Mailable recipients    22
Bypassed recipients     1
Total                  23