UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                              **Case No. 3:14-bk-03266-JAF**
                                                    **Chapter 13**

**Leonard Quinzell McRae,**

                    **Debtor.**
_____/

## FIRST POST CONFIRMED MODIFIED CHAPTER 13 PLAN

The Debtor submits the following First Post Confirmed Modified Chapter 13 Plan:

1.      The future earnings of the Debtor are submitted to the control and supervision of the Trustee, and the Debtor shall pay to the Trustee the sum of **$912.98** in months one through eight (1-8), **$847.90** in months nine through fifteen (9-15) and **$1,490.77** in months sixteen through sixty (16-60) for a period of sixty (60) months.

2.      From the payments so received, the Trustee shall make disbursements as follows:

A.      **PRIORITY CLAIMS**

(1)      The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate of ten percent (10%) of the amount of all payments under the Plan.

B.      **SECURED CLAIMS**

(1)      **BAYVIEW LOAN SERVICING** 62516 Collection Center Dr, Chicago IL 60693-0625, holds a mortgage, Acct No. 7454, on Debtor's Homestead Property located at 10829 Naples Ct S, Jacksonville FL. The Trustee shall make the regular monthly payment of **$635.98**. The Debtor is in arrears to this Creditor in the amount of $20,719.54. The Debtor has filed for a mortgage modification mediation. The Trustee has previously paid $822.70 which equals payments of **$82.86** in months one through eight (1-8) and shall pay **$0.00** in months nine through fifteen (9-15). If the balance of the arrearages are not satisfied in a mortgage modification, the Trustee shall pay **$445.71** in months sixteen through sixty (16-60). The first regular monthly mortgage payment due upon completion of this Plan shall be the August 2019 payment.

1

(2)    **WELLS FARGO DEALER SERVICES** Attn: Correspondence, MAC T9017-026, PO Box 168048, Irving TX 75016-8048, has a purchase money security interest, Acct No. 9566, in a 2007 Ford Focus valued by the Debtor at $6,525.00. The Trustee has previously paid this creditor the sum of $822.70 which equals payments of **$102.84** in months one through eight (1-8) and shall pay **$127.13** in months nine through sixty (9-60)  for a total payment of $7,433.40 which includes the rate of five and one-quarter percent (5¼ %) per annum simple interest

C.    **UNSECURED CLAIMS**

Any claims filed after the deadline for filing proofs of claim shall receive no distribution under this Plan unless specifically provided for above.  Unsecured creditors, including those secured creditors who have deficiency claims or whose liens have been voided, who timely file claims shall receive 100% distribution, excluding any student loans which will be paid outside the Plan.  The Trustee shall distribute **$132.87** in months sixteen through sixty (16-60) among those unsecured creditors whose claims are filed and allowed for a total payment of $5,744.70.

3.    **EXECUTORY CONTRACTS**. The Debtor does not reject any executory contracts.

4.    **VESTING**. Title to all property of the estate shall revest in the Debtor upon confirmation of this Plan.

5.    **RETENTION OF LIEN**.  Secured creditors shall retain their liens until the allowed secured claim is paid in full.

6.    **LATE FEES, ATTORNEYS' FEES, INTEREST & COSTS**.  No creditor shall be entitled to any late fees, attorney's fees, other costs or interest other than the interest contained in the payments provided for by the plan during this bankruptcy, including the life of this Plan, except as ordered by this Court.  Upon successful completion of this Plan, the Debtor's mortgage balance shall be deemed current as a matter of law.

7.    **INSURANCE**.  Debtor shall keep the collateral which secures any debt paid under this Plan insured as provided for in the agreement between the Debtor and Creditor.

**DATED** this ___ day of March 2015.

**LANSING ROY, P.A.**

**Christopher R. DeMetros, Esquire**
Florida Bar No. 0863467
**Kevin B. Paysinger, Esquire**
Florida Bar No. 0056742
**William B. McDaniel**
Florida Bar No. 084469
Attorney for Debtor(s)
1710 Shadowood Ln, Ste 210
Jacksonville, FL 32207-2184
court@lansingroy.com
Telephone:      (904) 391-0030
Facsimile:      (904) 391-0031

3