UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                      Case No. 3:14-bk-03266-JAF
                                                            Chapter 13
**Leonard Quinzell McRae,**

                              Debtor.
_____/

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

> Pursuant to Local Rule 2002-4, the Court will consider this objection without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper plus an additional three days for service. If you object to the relief requested in this paper, you must file your objection with the Clerk of Court at 300 N Hogan St Ste 3-350, Jacksonville FL 32202-4267, and serve a copy on the movants' attorney, Lansing Roy, P.A., Christopher R. DeMetros, Esquire, 1710 Shadowood Ln Ste 210, Jacksonville FL 32207-2184, and any other persons.
>     If you file and serve an objection within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

The Debtor, **Leonard Quinzell McRae** by and through the undersigned counsel, files this Motion to Modify Confirmed Chapter 13 Plan and move the Court for an Order pursuant to 11 U.S.C. §1329(a)(2) to modify the confirmed Chapter 13 Plan to comply with the 100% distribution to unsecured claims that are filed and allowed. In support of the motion it is shown unto the Court as follows:

    1. On December 17, 2014, the Court confirmed a Chapter 13 Plan dated November 21, 2014.

    2. An Adjustment to the Plan is necessary to comply with the 100% distribution to unsecured claims that are filed and allowed

    3. A proposed First Post Confirmed Modified Plan is attached.

WHEREFORE the Court is requested to enter an Order Modifying the Confirmed Chapter 13 Plan consistent with the terms and conditions set forth herein.

LANSING ROY, P.A.

_____
Christopher R. DeMetros, Esquire
Florida Bar No. 0863467
**Kevin B. Paysinger, Esquire**
Florida Bar No. 0056742
**William B. McDaniel, Esquire**
Florida Bar No. 084469
Attorney for Debtor(s)
1710 Shadowood Lane, Suite 210
Jacksonville, FL  32207-2184
court@lansingroy.com
Telephone:  (904) 391-0030
Facsimile:  (904) 391-0031

## CERTFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Debtors' **Motion to Modify Confirmed Chapter 13 Plan** together with a copy of the **First Post Confirmed Modified Plan** was furnished to all creditors and parties in interest as listed on the mailing matrix attached to the original document filed with the Court this ____ day of March 2015

LANSING ROY, P.A.

/s/ Christopher R. DeMetros
Christopher R. DeMetros, Esquire
Florida Bar No. 0863467
**Kevin B. Paysinger, Esquire**
Florida Bar No. 0056742
**William B. McDaniel, Esquire**
Florida Bar No. 084469
Attorney for Debtor(s)
1710 Shadowood Lane, Suite 210
Jacksonville, FL  32207-2184
court@lansingroy.com
Telephone:  (904) 391-0030
Facsimile:  (904) 391-0031

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:14-bk-03266-JAF<br>Middle District of Florida<br>Jacksonville<br>Fri Mar 27 10:20:16 EDT 2015 | Bayview Loan Servicing LLC<br>c/o Brian Kopelowitz<br>200 SW 1st Avenue<br>Suite 1200<br>Fort Lauderdale, FL 33301-2073 | Leonard Quinzell McRae<br>10829 Naples Ct S<br>Jacksonville, FL 32218-4494 |
| BAYVIEW LOAN SERVICING<br>62516 COLLECTION CENTER DRIVE<br>Chicago IL 60693-0625 | Bayview Loan Servicing, LLC<br>c/o Kopelowitz Ostrow P.A.<br>200 SW 1st Avenue<br>Suite 1200<br>Fort Lauderdale, FL 33301-2073 | CAPITAL ONE BANK - CC<br>PO BOX 1366<br>Pittsburgh PA 15230-1366 |
| (p)CAVALRY PORTFOLIO SERVICES LLC<br>500 SUMMIT LAKE DR<br>STE 400<br>VALHALLA NY 10595-2322 | CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | City of Jacksonville<br>117 West Duval Street Ste. 480<br>Jacksonville, FL 32202-5721 | Duval County Tax Collector<br>231 Forsyth St. #130<br>Jacksonville FL 32202-3380 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | GREAT EXPRESSIONS DENTAL CTRS<br>9119 MERRILL RD, STE 29 & 30<br>JACKSONVILLE FL 32225-4306 | HSBC BANK USA N.A.<br>PO BOX 2013<br>Buffalo NY 14240-2013 |
| IC SYSTEM<br>FOR GREAT EXPRESSIONS DENTAL<br>PO BOX 64378<br>Saint Paul MN 55164-0378 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | MIDLAND FUNDING, LLC<br>FOR HSBC BANK<br>8875 AERO DR, STE 200<br>SAN DIEGO CA 92123-2255 |
| Navient Solutions Inc. on behalf of USA Fund<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 9430<br>Wilkes-Barre, PA 18773-9430 | SALLIE MAE<br>PO BOX 9640<br>Wilkes Barre PA 18773-9640 | TSYS DEBT MGMT (TDM)<br>CAPITAL ONE BANK<br>6125 LAKEVIEW RD STE 800<br>Charlotte NC 28269-2605 |
| United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | WELLS FARGO DEALER SERVICES<br>ATTN: CORRESPONDENCE<br>MAC T9017-026<br>PO BOX 168048<br>Irving TX 75016-8048 | Wells Fargo Bank, N.A.<br>P.O. Box 19657<br>Irvine, CA 92623-9657 |
| Christopher R DeMetros +<br>Lansing Roy, PA<br>1710 Shadowood Lane, Suite 210<br>Jacksonville, FL 32207-2184 | United States Trustee - JAX 13/7 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Douglas W. Neway +<br>P O Box 4308<br>Jacksonville, FL 32201-4308 |
| Brian R Kopelowitz +<br>Kopelowitz Ostrow Ferguson Weiselberg<br>200 Southwest 1st Avenue<br>12th Floor<br>Fort Lauderdale, FL 33301-1875 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CAVALRY PORTFOLIO
FOR HSBC BANK
4050 E COTTON CENTER BLVD
Phoenix AZ 85040


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jerry A. Funk
Jacksonville

End of Label Matrix
Mailable recipients   28
Bypassed recipients    1
Total                 29